UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRANCIS GAON,<br><br>                   Petitioner,<br><br>    v.<br><br>SHERIFF JOSEPH LOMBARDO,<br><br>                   Respondent. | Case No. 2:17-cv-02209-MMD-VCF<br><br>ORDER |

This case is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, by Francis Gaon. Gaon is apparently awaiting trial on a criminal charge in Clark County, Nevada. Gaon, who is represented by counsel, filed his habeas corpus petition and paid the filing fee for this action on August 18, 2017 (ECF No. 1).

The Court has reviewed Gaon's habeas petition, and determines that it merits service upon the respondents.

It is therefore ordered that the Clerk of the Court will add Adam Paul Laxalt, Attorney General of the State of Nevada, as counsel for respondents.

It is further ordered that the Clerk of the Court will electronically serve upon respondents a copy of the petition for writ of habeas corpus (ECF No. 1), and a copy of this order.

It is further ordered that respondents will have twenty (20) days from the date on which the petition is served upon them to appear in this action.

It is further ordered that respondents will have forty-five (45) days from the date on which the petition is served upon them to file an answer or other response to the petition.

DATED THIS 22nd day of August 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE